# CASES

IN THE

# SUPREME COURT

ON APPEALS FROM THE

## COURT OF CHANCERY

---

BREAKWATER FISHERIES COMPANY, a corporation of the State of
Delaware, and Thomas H. Hayes and Raymond J. Anderton
trading as Hayes and Anderton,

Defendants Below, Appellants,

*vs.*

COMMISSIONERS OF LEWES, a Municipal Corporation of the State
of Delaware,

Complainant Below, Appellee.

*Supreme Court, on Appeal, Jan.* 16, 1923.

APPEAL FROM COURT OF CHANCERY. The defendants below
took an appeal to this court from a decree entered in the court be-
low in accordance with the opinion of the Chancellor, reported in
13 *Del. Ch.* 234, 117 *Atl.* 823. The facts of the case are fully set
forth in the report of the case below.

PENNEWILL, C. J., and RICE, HARRINGTON, RICHARDS and
RODNEY, JJ., sitting.

*James M. Tunnel*, for the appellants.

*Caleb S. Layton*, for the appellee.

PER CURIAM. In the above case the decree of the Chancellor will be affirmed. In the Chancellor's opinion all the questions raised are so fully considered any opinion of this court would necessarily be largely repetition. We have carefully examined every question of law and fact involved in the case, and are clearly of the opinion that the decision of the Chancellor is correct. But while affirming his decree we express no opinion on that part of the opinion in which he holds that there was such part performance of the contract on the part of the complainant as to remove the inhibition of the statute of frauds. It was not necessary in the decision of the case to pass upon that point, and we are not to be understood as doing so in affirming his decree.